B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Northern District of Texas

In re    **Seidler Oil & Gas Operating LLC**

                                      Debtor

Case No.    **15-34251-7**

Chapter        **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 10,009,076.40 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 30 | | 1,347,852.30 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 40 | | | |
| Total Assets | | | 10,009,076.40 | | |
| Total Liabilities | | | | 1,347,852.30 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Northern District of Texas

In re **Seidler Oil & Gas Operating LLC**                                     Case No. **15-34251-7**

_____,  
                                  Debtor

Chapter                                7

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **Seidler Oil & Gas Operating LLC**                                          Case No.    **15-34251-7**
                                                                    Debtor

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | Sub-Total > | 0.00 | (Total of this page) |
|---|---|---|---|---|
| | | Total > | 0.00 | |

**0**    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

. . . . . . . . . . . .

In re    **Seidler Oil & Gas Operating LLC**         Case No.   **15-34251-7**

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **American National Bank of Texas** **2170 Matlock Rd., Ste. 110** **Mansfield, TX 76063** **Account No. 4001053380** | - | 9,076.40 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >     9,076.40
(Total of this page)

   **3**    continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Seidler Oil & Gas Operating LLC**     Case No. **15-34251-7**

                                           Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

                                                              Sub-Total >          **0.00**
                                                    (Total of this page)

Sheet **1** of **3** continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Seidler Oil & Gas Operating LLC**          Case No.   **15-34251-7**

                                       Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Claim pending in Cause No. 2015-49555 in the 190th Judicial District Court of Harris County, Texas; styled Seidler Oil & Gas Operating, LLC v. Weatherford International, LLC for actual damages suffered as a result of Weatherford's fraudulent inducement, negligent misrepresentations, negligence, gross negligence and breaches of contract in an amount not less than $10,000,000.00.** | - | 10,000,000.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

                                                  Sub-Total >    **10,000,000.00**
                                            (Total of this page)

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Seidler Oil & Gas Operating LLC**                           Case No. __15-34251-7__
_____
                              Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | | | Sub-Total > (Total of this page) | 0.00 |
| | | | Total > | 10,009,076.40 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re __Seidler Oil & Gas Operating LLC__ _____,  Case No. __15-34251-7_____
                                         Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| __0__ continuation sheets attached | | | Subtotal (Total of this page) | | | | | |
| | | | Total (Report on Summary of Schedules) | | | | 0.00 | 0.00 |

B6E (Official Form 6E) (4/13)

. . . . . . . . . . .

In re **Seidler Oil & Gas Operating LLC**                                    Case No. __15-34251-7__
_____,
                                Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

__0__ continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    **Seidler Oil & Gas Operating LLC**                                    Case No.    **15-34251-7**
_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **Tiger 2H Net RI% 0.281500**<br><br>**4WB Royalties, L.P.**<br>**Attn: Russell Collin Williams, Manager**<br>**P.O. Box 638**<br>**Prosper, TX 75078** | | - | | | **Owed for:**<br>**9/2014 - 10/2014 Tiger 2H production;**<br>**12/2014 - 2/2015 Tiger 2H production;**<br>**4/2015 - 6/2015 Tiger 2H production** | | | | **Unknown** |
| Account No. **Tiger 2H Net RI% 0.071100**<br><br>**Amended & Restated KMF Mgmt Trust UTD 2/5/2008, Kenneth Michael Franke &**<br>**Successor(s), Trustee**<br>**P.O. Box 121030**<br>**Arlington, TX 76012-1030** | | - | | | **Owed for:**<br>**9/2014 - 10/2014 Tiger 2H production;**<br>**12/2014 - 2/2015 Tiger 2H production;**<br>**4/2015 - 6/2015 Tiger 2H production** | | | | **Unknown** |
| Account No. **Tiger 2H Net RI% 0.045474**<br><br>**Ann E. Moran**<br>**c/o LJM Corporation - Agent**<br>**3843 N. Braeswood Blvd., Ste. 200**<br>**Houston, TX 77025** | | - | | | **Owed for:**<br>**9/2014 - 10/2014 Tiger 2H production;**<br>**12/2014 - 2/2015 Tiger 2H production;**<br>**4/2015 - 6/2015 Tiger 2H production** | | | | **Unknown** |
| Account No. **Tiger 2H Net RI% 0.045474**<br><br>**Ann E. Moran Living Trust,**<br>**Ann E. Moran, Trustee**<br>**c/o LJM Corporation - Agent**<br>**3843 N. Braeswood, Ste. 200**<br>**Houston, TX 77025** | | - | | | **Owed for:**<br>**9/2014 - 10/2014 Tiger 2H production;**<br>**12/2014 - 2/2015 Tiger 2H production;**<br>**4/2015 - 6/2015 Tiger 2H production** | | | | **Unknown** |

_**29**_  continuation sheets attached

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Seidler Oil & Gas Operating LLC__ Case No. __15-34251-7__
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **Tiger 2H Net RI% 0.070375**<br><br>**Ashley Dean Florez**<br>**2921 Lake Rd.**<br>**Bay Village, OH 44140** | | - | | Owed for:<br>9/2014 - 10/2014 Tiger 2H production;<br>12/2014 - 2/2015 Tiger 2H production;<br>4/2015 - 6/2015 Tiger 2H production | | | | Unknown |
| Account No. **Tiger 2H Net RI% 0.070375**<br><br>**Ashley E. Dean Testamentary Trust,**<br>**Ashley Dean Florez, David Florez.**<br>**Trustee**<br>**26921 lake Rd.**<br>**Bay Village, OH 44140** | | - | | Owed for:<br>9/2014 - 10/2014 Tiger 2H production;<br>12/2014 - 2/2015 Tiger 2H production;<br>4/2015 - 6/2015 Tiger 2H production | | | | Unknown |
| Account No. **Tiger 1H Net RI% 0.167777**<br><br>**Bette C. Ritchie Revocable Trust**<br>**Hiram W. Lewis III Trustee**<br>**348 N. Roosevelt**<br>**Wichita, KS 67208** | | - | | Owed for 9/2015 - 10/2015 Tiger 1H production | | | | Unknown |
| Account No. **Tiger 2H Net RI% 0.076602**<br><br>**Bette C. Ritchie Revocable Trust**<br>**Hiram W. Lewis III Trustee**<br>**348 N. Roosevelt**<br>**Wichita, KS 67208** | | - | | Owed for:<br>9/2014 - 10/2014 Tiger 2H production;<br>12/2014 - 2/2015 Tiger 2H production;<br>4/2015 - 6/2015 Tiger 2H production | | | | Unknown |
| Account No. **Tiger 1H Net RI%0.006667**<br><br>**Beverly Gilmore**<br>**P.O. Box 917**<br>**Latexo, TX 75849** | | - | | Owed for 9/2015 - 10/2015 Tiger 1H production | | | | Unknown |

Sheet no. __1__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Seidler Oil & Gas Operating LLC_____,      Case No. ___15-34251-7_____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Tiger 1H Net RI% 0.01333**<br><br>**Billy Ray Stewart**<br>**3902 Cloverbrook**<br>**Houston, TX 77045** | | - | | | Owed for 9/2015 - 10/2015 Tiger 1H production | | | | Unknown |
| Account No. **Tiger 1H Net RI% 0.000724**<br><br>**Bitter End Royalties, LP**<br>**P.O. Box 671009**<br>**Dallas, TX 75367-1099** | | - | | | Owed for 9/2015 - 10/2015 Tiger 1H production | | | | Unknown |
| Account No. **Tiger 2H Net RI% 0.000095**<br><br>**Bitter End Royalties, LP**<br>**P.O. Box 671009**<br>**Dallas, TX 75367-1099** | | - | | | Owed for:<br>9/2014 - 10/2014 Tiger 2H production;<br>12/2014 - 2/2015 Tiger 2H production;<br>4/2015 - 6/2015 Tiger 2H production | | | | Unknown |
| Account No. **Tiger 1H Net RI% 0.002078**<br><br>**Bob Mayhew**<br>**6314 Lewis Ln.**<br>**Rosharon, TX 77583** | | - | | | Owed for 9/2015 - 10/2015 Tiger 1H production | | | | Unknown |
| Account No. **Tiger 1H Net RI% 1.333333**<br><br>**Bob S. and Delia Diane Chafin**<br>**3765 FM 230**<br>**Lovelady, TX 75851** | | - | | | Owed for 9/2015 - 10/2015 Tiger 1H production | | | | Unknown |

Sheet no. __2__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   __Seidler Oil & Gas Operating LLC_____,   Case No.   __15-34251-7_____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Tiger 1H Net RI% 0.013333** | | | | Owed for 9/2015 - 10/2015 Tiger 1H production | | | | |
| Bobby Lee Stewart P.O. Box 184 Lovelady, TX 75851 | | - | | | | | | Unknown |
| Account No. **Tiger 1H Net RI% 0.841584** | | | | Owed for 9/2015 - 10/2015 Tiger 1H production | | | | |
| Bret A. Hammett 12418 Overcup Dr. Houston, TX 77024 | | - | | | | | | Unknown |
| Account No. **Tiger 2H Net RI% 8.494833** | | | | Owed for: 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production; 4/2015 - 6/2015 Tiger 2H production | | | | |
| Bret A. Hammett 12418 Overcup Dr. Houston, TX 77024 | | - | | | | | | Unknown |
| Account No. **Tiger 2H Net RI% 0.071100** | | | | Owed for: 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production; 4/2015 - 6/2015 Tiger 2H production | | | | |
| Bruce L. Franke P.O. Box 557 Willis, TX 77378 | | - | | | | | | Unknown |
| Account No. **Tiger 1H Net RI% 0.001039** | | | | Owed for 9/2015 - 10/2015 Tiger 1H production | | | | |
| BSD Realty LLC 4646 Wild Indigo St., Ste. 110 Houston, TX 77027 | | - | | | | | | Unknown |

Sheet no. __3__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Seidler Oil & Gas Operating LLC**                                           Case No.   **15-34251-7**
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **Tiger 2H Net RI% 0.007554**<br><br>**Byrne Family, LLC**<br>**P.O. Box 24**<br>**Glen Arbor, MI 49636** | - | | | | Owed for:<br>**9/2014 - 10/2014 Tiger 2H production;**<br>**12/2014 - 2/2015 Tiger 2H production;**<br>**4/2015 - 6/2015 Tiger 2H production** | | | | **Unknown** |
| Account No. **Tiger 1H Net RI% 0.000416**<br><br>**Carol Kenny**<br>**402 Main, Penthouse**<br>**Houston, TX 77002** | - | | | | Owed for **9/2015 - 10/2015 Tiger 1H production** | | | | **Unknown** |
| Account No. **Tiger 1H Net RI% 0.098566**<br><br>**Century 2000 Royalty Partnership**<br>**507 W. Choctaw St.**<br>**Marlow, OK 73055** | - | | | | Owed for **9/2015 - 10/2015 Tiger 1H production** | | | | **Unknown** |
| Account No. **Tiger 2H Net RI% 0.019587**<br><br>**Century 2000 Royalty Partnership**<br>**507 W. Choctaw St.**<br>**Marlow, OK 73055** | - | | | | Owed for:<br>**9/2014 - 10/2014 Tiger 2H production;**<br>**12/2014 - 2/2015 Tiger 2H production;**<br>**4/2015 - 6/2015 Tiger 2H production** | | | | **Unknown** |
| Account No. **Tiger 1H & Tiger 2H ORRI**<br><br>**Chamberlain Resources LLC**<br>**7140 East FM 917**<br>**Alvarado, TX 76009** | - | | | | Owed for **9/2015 - 10/2015 Tiger 1H production**<br>Owed for:<br>**9/2014 - 10/2014 Tiger 2H production;**<br>**12/2014 - 2/2015 Tiger 2H production;**<br>**4/2015 - 6/2015 Tiger 2H production** | | | | **Unknown** |

Sheet no. __**4**__ of __**29**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                        **0.00**
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Seidler Oil & Gas Operating LLC** , Case No. **15-34251-7**
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Tiger 1H Net RI% 0.055926**<br><br>**Clarke Lindsley**<br>**423 Wanda Dr.**<br>**Irving, TX 75060** | | - | Owed for 9/2015 - 10/2015 Tiger 1H production | | | | Unknown |
| Account No. **Tiger 2H Net RI% 0.015320**<br><br>**Clarke Lindsley**<br>**423 Wanda Dr.**<br>**Irving, TX 75060** | | - | Owed for:<br>9/2014 - 10/2014 Tiger 2H production;<br>12/2014 - 2/2015 Tiger 2H production;<br>4/2015 - 6/2015 Tiger 2H production | | | | Unknown |
| Account No.<br><br>**Comptroller of Public Accounts**<br>**P.O. Box 149358**<br>**Austin, TX 78714** | | - | Gas tax owed for 8/2015 - 10/2015 Tiger 1H gas production | | | | Unknown |
| Account No. **Tiger 1H Net RI%1.778424**<br><br>**Cynthia Harrelson Farek**<br>**3149 FM 3151**<br>**Lovelady, TX 75851** | | - | Owed for 9/2015 - 10/2015 Tiger 1H production | | | | Unknown |
| Account No. **Tiger 2H Net RI% 0.163417**<br><br>**Cynthia Harrelson Farek**<br>**3149 FM 3151**<br>**Lovelady, TX 75851** | | - | Owed for:<br>9/2014 - 10/2014 Tiger 2H production;<br>12/2014 - 2/2015 Tiger 2H production;<br>4/2015 - 6/2015 Tiger 2H production | | | | Unknown |

Sheet no. __5__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              0.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Seidler Oil & Gas Operating LLC__,  Case No. __15-34251-7__
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **Tiger 1H Net RI% 0.426333**<br><br>Daniel R. Stevenson<br>1023 CR 4737<br>Cumby, TX 75433 | | - | | | Owed for 9/2015 - 10/2015 Tiger 1H production | | | | Unknown |
| Account No. **Tiger 1H Net RI% 0.013333**<br><br>Donald Stewart<br>P.O. Box 7<br>Lovelady, TX 75851 | | - | | | Owed for 9/2015 - 10/2015 Tiger 1H production | | | | Unknown |
| Account No.<br><br>Exterran Partners<br>P.O. Box 201160<br>Dallas, TX 75320 | | - | | | Tiger 1H LOEs - compressor<br>Owe for 9/2015 - 10/2015 | | | | Unknown |
| Account No. **Tiger 2H Net RI% 0.071100**<br><br>Franke Natural Resources, LP<br>P.O. Box 162137<br>Austin, TX 78716-2137 | | - | | | Owed for:<br>9/2014 - 10/2014 Tiger 2H production;<br>12/2014 - 2/2015 Tiger 2H production;<br>4/2015 - 6/2015 Tiger 2H production | | | | Unknown |
| Account No. **Tiger 1H & Tiger 2H WI**<br><br>G5 Energy Inc.<br>4809 Cole Ave., Ste. 200<br>Dallas, TX 75205 | | - | | | Owed for 9/2015 - 10/2015 Tiger 1H production<br>Owed for:<br>9/2014 - 10/2014 Tiger 2H production;<br>12/2014 - 2/2015 Tiger 2H production;<br>4/2015 - 6/2015 Tiger 2H production | | | | Unknown |

Sheet no. __6__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       0.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Seidler Oil & Gas Operating LLC_____,      Case No. __15-34251-7_____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Tiger 1H Net RI% 0.000011**<br><br>**George Vaught Jr.**<br>**P.O. Box 13557**<br>**Denver, CO 80201** | - | | | | Owed for 9/2015 - 10/2015 Tiger 1H production | | | | **Unknown** |
| Account No. **Tiger 2H Net RI% 0.000001**<br><br>**George Vaught Jr.**<br>**P.O. Box 13557**<br>**Denver, CO 80201** | - | | | | Owed for:<br>9/2014 - 10/2014 Tiger 2H production;<br>12/2014 - 2/2015 Tiger 2H production;<br>4/2015 - 6/2015 Tiger 2H production | | | | **Unknown** |
| Account No. **Tiger 1H Net RI% 0.000956**<br><br>**Gorda Sound Royalties LP**<br>**P.O. Box 671009**<br>**Dallas, TX 75367-1099** | - | | | | Owed for 9/2015 - 10/2015 Tiger 1H production | | | | **Unknown** |
| Account No. **Tiger 2H Net RI% 0.000199**<br><br>**Gorda Sound Royalties LP**<br>**P.O. Box 671009**<br>**Dallas, TX 75367-1099** | - | | | | Owed for:<br>9/2014 - 10/2014 Tiger 2H production;<br>12/2014 - 2/2015 Tiger 2H production;<br>4/2015 - 6/2015 Tiger 2H production | | | | **Unknown** |
| Account No. **Tiger 1H Net RI% 0.001039**<br><br>**Harry Fry**<br>**2344 Thornsbury Rd.**<br>**Sonoma, CA 95476** | - | | | | Owed for 9/2015 - 10/2015 Tiger 1H production | | | | **Unknown** |

Sheet no. __7__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Seidler Oil & Gas Operating LLC**                          Case No. __15-34251-7__
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **Tiger 1H Net RI% 0.050360**<br><br>**Hattie Wakefield** | | - | | | Owed for 9/2015 - 10/2015 Tiger 1H production | | | | Unknown |
| Account No. **Tiger 1H Net RI% 0.055926**<br><br>**Herbert K. Kindsley**<br>**6933 N. Olympia St.**<br>**Portland, OR 97203-1861** | | - | | | Owed for 9/2015 - 10/2015 Tiger 1H production | | | | Unknown |
| Account No. **Tiger 2H Net RI% 0.015320**<br><br>**Herbert K. Kindsley**<br>**6933 N. Olympia St.**<br>**Portland, OR 97203-1861** | | - | | | Owed for:<br>9/2014 - 10/2014 Tiger 2H production;<br>12/2014 - 2/2015 Tiger 2H production;<br>4/2015 - 6/2015 Tiger 2H production | | | | Unknown |
| Account No. **Tiger 2H Net RI% 0.035550**<br><br>**Holmes Family Irrevocable Trust**<br>**FBO Elizabeth K. Holmes, Johnathon**<br>**Holmes and Elizabeth K. Holmes,**<br>**Co-Trust**<br>**800 Chrissys Cove**<br>**Austin, TX 78733** | | - | | | Owed for:<br>9/2014 - 10/2014 Tiger 2H production;<br>12/2014 - 2/2015 Tiger 2H production;<br>4/2015 - 6/2015 Tiger 2H production | | | | Unknown |
| Account No. **Tiger 2H Net RI% 0.035550**<br><br>**Holmes Family Irrevocable Trust**<br>**FBO Johnathon H. Holmes, Johnathon**<br>**H.**<br>**Holmes, Trustee**<br>**800 Chrissys Cove**<br>**Austin, TX 78733** | | - | | | Owed for:<br>9/2014 - 10/2014 Tiger 2H production;<br>12/2014 - 2/2015 Tiger 2H production;<br>4/2015 - 6/2015 Tiger 2H production | | | | Unknown |

Sheet no. __8__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Seidler Oil & Gas Operating LLC**        Case No. **15-34251-7**

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Tiger 1H Net RI% 0.002078**<br><br>**Hossein Soudjani**<br>**14031 Pinerock**<br>**Houston, TX 77009** | | - | **Owed for 9/2015 - 10/2015 Tiger 1H production** | | | | **Unknown** |
| Account No. **Tiger 1H Net RI% 0.028960**<br><br>**Hurley Texas Royalty Partnership**<br>**507 W. Choctaw St.**<br>**Marlow, OK 73055** | | - | **Owed for 9/2015 - 10/2015 Tiger 1H Production** | | | | **Unknown** |
| Account No. **Tiger 2H Net RI% 0.005755**<br><br>**Hurley Texas Royalty Partnership**<br>**507 W. Choctaw St.**<br>**Marlow, OK 73055** | | - | **Owed for:**<br>**9/2014 - 10/2014 Tiger 2H production;**<br>**12/2014 - 2/2015 Tiger 2H production;**<br>**4/2015 - 6/2015 Tiger 2H production** | | | | **Unknown** |
| Account No.<br><br>**Internal Revenue Service**<br>**P.O. Box 21126**<br>**Philadelphia, PA 19114** | | - | | | | | **Unknown** |
| Account No.<br><br>**J&H Insurance Services Inc.**<br>**510 N. Valley Mills Dr., Ste. 701**<br>**Waco, TX 76710** | | - | **Control of well insurance - general liability, umbrella & auto insurance** | | | | **Unknown** |

Sheet no. **9** of **29** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal    **0.00**
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Seidler Oil & Gas Operating LLC**                                                          Case No.   **15-34251-7**
                                                                 Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **Tiger 1H Net RI% 0.025180** | | | | Owed for 9/2015 - 10/2015 Tiger 1H production | | | | |
| James Owen Durst<br>2600 Bolton St.<br>Austin, TX 78748 | | - | | | | | | Unknown |
| Account No. **Tiger 2H Net RI% 0.007406** | | | | Owed for:<br>9/2014 - 10/2014 Tiger 2H production;<br>12/2014 - 2/2015 Tiger 2H production;<br>4/2015 - 6/2015 Tiger 2H production | | | | |
| James P. Poinsett<br>William T. Moran, III, Trustee<br>P.O. Box 26495<br>Austin, TX 78755-0495 | | - | | | | | | Unknown |
| Account No. **Tiger 2H Net RI% 0.163417** | | | | Owed for:<br>9/2014 - 10/2014 Tiger 2H production;<br>12/2014 - 2/2015 Tiger 2H production;<br>4/2015 - 6/2015 Tiger 2H production | | | | |
| James Ray Harrelson Sr. & Judy Harrelson<br>2716 S. Pine Hill Dr.<br>Pearland, TX 77581 | | - | | | | | | Unknown |
| Account No. **Tiger 1H Net RI% 1.778424** | | | | Owed for 9/2015 - 10/2015 Tiger 1H production | | | | |
| James Ray Sr. and Judy Harrelson<br>2716 S. Pine Hill Dr.<br>Pearland, TX 77581 | | - | | | | | | Unknown |
| Account No. **Tiger 1H Net RI% 0.006667** | | | | Owed for 9/2015 - 10/2015 Tiger 1H production | | | | |
| Jane Hopkins<br>P.O. Box 1355<br>Latexo, TX 75849 | | - | | | | | | Unknown |

Sheet no. __10__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Seidler Oil & Gas Operating LLC**              Case No.   **15-34251-7**

                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Tiger 2H Net RI% 0.334313** <br><br> **Janet Lou Clark** <br> **1204 St. Johns Woods St.** <br> **Houston, TX 77077** | | - | | | Owed for: <br> **9/2014 - 10/2014 Tiger 2H production;** <br> **12/2014 - 2/2015 Tiger 2H production;** <br> **4/2015 - 6/2015 Tiger 2H production** | | | | **Unknown** |
| Account No. **Tiger 1H Net RI% 0.009316** <br><br> **John Able** <br> **402Main, Penthouse** <br> **Houston, TX 77002** | | - | | | **Owed for 9/2015 - 10/2015 Tiger 1H production** | | | | **Unknown** |
| Account No. **Tiger 1H Net RI% 0.004675** <br><br> **John Calloway** <br> **818 Kipling** <br> **Houston, TX 77006** | | - | | | **Owed for 9/2015 - 10/2015 Tiger 1H production** | | | | **Unknown** |
| Account No. **Tiger 2H Net RI% 0.010023** <br><br> **Judith Lee Poinsett Properties, LLC** <br> **c/o LJM Corporation - Agent** <br> **3843 N. Braeswood Blvd., Ste 200** <br> **Houston, TX 77025** | | - | | | Owed for: <br> **9/2014 - 10/2014 Tiger 2H production;** <br> **12/2014 - 2/2015 Tiger 2H production;** <br> **4/2015 - 6/2015 Tiger 2H production** | | | | **Unknown** |
| Account No. **Tiger 1H Net RI% 0.426333** <br><br> **Karen R. Dixon** <br> **8900 Massey Rd.** <br> **Granbury, TX 76049** | | - | | | **Owed for 9/2015 - 10/2015 Tiger 1H production** | | | | **Unknown** |

Sheet no. __11__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal       **0.00**
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Seidler Oil & Gas Operating LLC**                                    Case No.   **15-34251-7**

                                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Tiger 1H Net RI% 0.025180**<br><br>Katherine Elizabeth Durst<br>3613 Graz Dr.<br>College Station, TX 77845 | | - | Owed for 9/2015 - 10/2015 Tiger 1H production | | | | Unknown |
| Account No. **Tiger 2H Net RI% 0.006254**<br><br>Katherine Louise Moran<br>3300 Main St., Ste. 104<br>Dallas, TX 75226 | | - | Owed for:<br>9/2014 - 10/2014 Tiger 2H production;<br>12/2014 - 2/2015 Tiger 2H production;<br>4/2015 - 6/2015 Tiger 2H production | | | | Unknown |
| Account No. **Tiger 1H Net RI% 0.013333**<br><br>Kathryn May Stewart<br>268 Dogwood Lane West<br>Crockett, TX 75835 | | - | Owed for 9/2015 - 10/2015 Tiger 1H production | | | | Unknown |
| Account No. **Tiger 1H Net RI% 0.001662**<br><br>Ken Newberry<br>708 East 19th<br>Houston, TX 77006 | | - | Owed for 9/2015 - 10/2015 Tiger 1H production | | | | Unknown |
| Account No. **Tiger 1H & Tiger 2H WI & ORRI**<br><br>KTO Oil & Gas LLC<br>9780 Walnut St., Ste. 170<br>Dallas, TX 75243 | | - | Owed for 9/2015 - 10/2015 Tiger 1H production<br>Owed for:<br>9/2014 - 10/2014 Tiger 2H production;<br>12/2014 - 2/2015 Tiger 2H production;<br>4/2015 - 6/2015 Tiger 2H production | | | | Unknown |

Sheet no. __12__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                        **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Seidler Oil & Gas Operating LLC_____,     Case No. __15-34251-7__
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **Tiger 2H Net RI% 0.334312**<br><br>Laura D. Marks<br>18307 Beaverdell<br>Tomball, TX 77377 | - | | | | Owed for:<br>9/2014 - 10/2014 Tiger 2H production;<br>12/2014 - 2/2015 Tiger 2H production;<br>4/2015 - 6/2015 Tiger 2H production | | | | **Unknown** |
| Account No. **Tiger 2H Net RI% 0.010023**<br><br>Leroy M. Poinsett<br>c/o LJM Corporation - Agent<br>3843 N. Braeswood Blvd., Ste. 200<br>Houston, TX 77025 | - | | | | Owed for:<br>9/2014 - 10/2014 Tiger 2H production;<br>12/2014 - 2/2015 Tiger 2H production;<br>4/2015 - 6/2015 Tiger 2H production | | | | **Unknown** |
| Account No. **Tiger 2H Net RI% 0.070375**<br><br>Lindsay Dean Switzer<br>P.O. Box 6771<br>Douglasville, GA 30154 | - | | | | Owed for:<br>9/2014 - 10/2014 Tiger 2H production;<br>12/2014 - 2/2015 Tiger 2H production;<br>4/2015 - 6/2015 Tiger 2H production | | | | **Unknown** |
| Account No. **Tiger 2H Net RI% 0.070375**<br><br>Lindsay T. Dean Testamentary Trust<br>Christopher E. Switzer, Ben Harlan Gable<br>and Lindsay D. Switzer, Trustees<br>P.O. Box 6771<br>Douglasville, GA 30135 | - | | | | Owed for:<br>9/2014 - 10/2014 Tiger 2H production;<br>12/2014 - 2/2015 Tiger 2H production;<br>4/2015 - 6/2015 Tiger 2H production | | | | **Unknown** |
| Account No. **Tiger 2H Net RI% 0.007554**<br><br>M. Klein Enterprises, LLC<br>1156 Panama<br>Portage, MI 49002 | - | | | | Owed for:<br>9/2014 - 10/2014 Tiger 2H production;<br>12/2014 - 2/2015 Tiger 2H production;<br>4/2015 - 6/2015 Tiger 2H production | | | | **Unknown** |

Sheet no. __13__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Seidler Oil & Gas Operating LLC**        Case No. **15-34251-7**

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **Tiger 2H Net RI% 0.015109** <br><br> Mae G. Shapley <br> P.O. Box 5423 <br> Katy, TX 77491-5423 | | - | | Owed for: <br> 9/2014 - 10/2014 Tiger 2H production; <br> 12/2014 - 2/2015 Tiger 2H production; <br> 4/2015 - 6/2015 Tiger 2H production | | | | **Unknown** |
| Account No. **Tiger 1H Net RI% 1.774191** <br><br> MAPFCB13-NET <br> 101 North Robinson, Ste. 1000 <br> Oklahoma City, OK 73102-5514 | | - | | Owed for 9/2015 - 10/2015 Tiger 1H production | | | | **Unknown** |
| Account No. **Tiger 2H Net RI% 0.352562** <br><br> MAPFCB13-NET <br> 101 North Robinson, Ste. 1000 <br> Oklahoma City, OK 73102-5514 | | - | | Owed for: <br> 9/2014 - 10/2014 Tiger 2H production; <br> 12/2014 - 2/2015 Tiger 2H production; <br> 4/2015 - 6/2015 Tiger 2H production | | | | **Unknown** |
| Account No. **Tiger 2H Net RI% 0.022811** <br><br> Margaret Ann Dell'Osso Trust, <br> JP Morgan Chase Bank, N.A., Trustee <br> c/o LJM Corporation - Agent <br> 3843 N. Braeswood Blvd., Ste. 200 <br> Houston, TX 77025 | | - | | Owed for: <br> 9/2014 - 10/2014 Tiger 2H production; <br> 12/2014 - 2/2015 Tiger 2H production; <br> 4/2015 - 6/2015 Tiger 2H production | | | | **Unknown** |
| Account No. **Tiger 2H Net RI% 0.334313** <br><br> Mary Ann Couvillion <br> 3949 Boysenberry Ave. Ste. 3 <br> Fairbanks, AK 99703 | | - | | Owed for: <br> 9/2014 - 10/2014 Tiger 2H production; <br> 12/2014 - 2/2015 Tiger 2H production; <br> 4/2015 - 6/2015 Tiger 2H production | | | | **Unknown** |

Sheet no. __14__ of __29__ sheets attached to Schedule of      Subtotal      **0.00**
Creditors Holding Unsecured Nonpriority Claims      (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Seidler Oil & Gas Operating LLC**      Case No. **15-34251-7**

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Tiger 1H Net RI% 0.025180** <br><br> **Mary Elizabeth Durst** <br> **3122 Camelot Dr., Ste. 32** <br> **Bryan, TX 77802** | | - | Owed for 9/2015 - 10/2015 Tiger 1H production | | | | **Unknown** |
| Account No. **Tiger 2H Net RI% 0.056288** <br><br> **Mayan Oil & Gas LLC** <br> **3843 N. Braeswood Blvd., Ste. 200** <br> **Houston, TX 77025** | | - | Owed for: <br> 9/2014 - 10/2014 Tiger 2H production; <br> 12/2014 - 2/2015 Tiger 2H production; <br> 4/2015 - 6/2015 Tiger 2H production | | | | **Unknown** |
| Account No. **Tiger 1H Net RI% 0.000519** <br><br> **MBM Venutres LLC** <br> **15120 NW Freeway, Ste. 190** <br> **Houston, TX 77040** | | - | Owed for 9/2015 - 10/2015 Tiger 1H production | | | | **Unknown** |
| Account No. **Tiger 1H Net RI% 0.000519** <br><br> **Mel Gross** <br> **Tee Mel Gross Profit Sharing Plan** | | - | Owed for 9/2015 - 10/2015 Tiger 1H production | | | | **Unknown** |
| Account No. **Tiger 1H Net RI% 0.050360** <br><br> **Melba Frossard** | | - | Owed for 9/2015 - 10/2015 Tiger 1H production | | | | **Unknown** |

Sheet no. **15** of **29** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Seidler Oil & Gas Operating LLC**　　　　　　　　　　　Case No. **15-34251-7**

　　　　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **Tiger 1H Net RI% 0.050360**<br><br>**Melba Frossard**<br>**Trustee u/w/o J.H. Frossard** | - | | | | Owed for 9/2015 - 10/2015 Tiger 1H production | | | | Unknown |
| Account No.<br><br>**Midway Oilfield Constructors Inc.**<br>**P.O. Box 245**<br>**Midway, TX 75852** | - | | | | Tiger 1H LOEs - sale water disposal Owe for 9/2015 - 10/2015 | | | | Unknown |
| Account No. **Tiger 2H Net RI% 0.006254**<br><br>**Molly Elizabeth Moran Debault**<br>**501 Wooded Crest Dr.**<br>**Woodway, TX 76712** | - | | | | Owed for:<br>9/2014 - 10/2014 Tiger 2H production;<br>12/2014 - 2/2015 Tiger 2H production;<br>4/2015 - 6/2015 Tiger 2H production | | | | Unknown |
| Account No. **Tiger 2H Net RI% 0.089764**<br><br>**Moran Employees' Trust, Patrick J. Moran**<br>**JP Morgan Chase Bank, NA,**<br>**Co-Trustee**<br>**c/o LJM Corporation - Agent**<br>**3843 N. Braeswood Blvd., Ste. 200**<br>**Houston, TX 77025** | - | | | | Owed for:<br>9/2014 - 10/2014 Tiger 2H production;<br>12/2014 - 2/2015 Tiger 2H production;<br>4/2015 - 6/2015 Tiger 2H production | | | | Unknown |
| Account No. **Tiger 2H Net RI% 0.045474**<br><br>**Moran Properties, Inc.**<br>**by Susan J. Moran as President**<br>**1407 North Dearborn St.**<br>**Chicago, IL 60610** | - | | | | Owed for:<br>9/2014 - 10/2014 Tiger 2H production;<br>12/2014 - 2/2015 Tiger 2H production;<br>4/2015 - 6/2015 Tiger 2H production | | | | Unknown |

Sheet no. __16__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Seidler Oil & Gas Operating LLC_____,    Case No. __15-34251-7_____
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W J C | | | | | |
| Account No. **MS Energy Services** 3335 Pollok Dr. Houston, TX 77033 | - | | **08/29/14 Invoice 14461 in amount of $530,078 - Tiger 2H drilling and invoice I14462 in amount of $422,050 - Tiger 2H drilling** | | | X | **952,128.00** |
| Account No. Tiger 2H Net RI% 0.038513 **Museum of Fine Arts Houston** c/o Travis Property Management, LLC P.O. Box 56429 Houston, TX 77256-6429 | - | | **Owed for:** 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production; 4/2015 - 6/2015 Tiger 2H production | | | | **Unknown** |
| Account No. Tiger 2H Net RI% 0.015109 **N.A.B. Oil & Gas Holdings, Inc.** c/o LJM Corporation - Agent 3843 N. Braeswood Blvd., Ste. 200 Houston, TX 77025 | - | | **Owed for:** 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production; 4/2015 - 6/2015 Tiger 2H production | | | | **Unknown** |
| Account No. Tiger 2H Net RI% 0.018762 **P.J. Moran Foundation** c/o Patrick J. Moran 2803 Sackett St. Houston, TX 77098 | - | | **Owed for:** 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production; 4/2015 - 6/2015 Tiger 2H production | | | | **Unknown** |
| Account No. Tiger 2H Net RI% 0.296250 **Patrick J. Moran** 2803 Sackett St. Houston, TX 77098 | - | | **Owed for:** 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production; 4/2015 - 6/2015 Tiger 2H production | | | | **Unknown** |

Sheet no. __17__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **952,128.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Seidler Oil & Gas Operating LLC**                               Case No. **15-34251-7**
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Tiger 2H Net RI% 9.001732 <br><br> Peggy Sue Tickner and Gary L. Tickner <br> 1456 FM 3151 <br> Lovelady, TX 75851 | | - | Owed for: <br> 9/2014 - 10/2014 Tiger 2H production; <br> 12/2014 - 2/2015 Tiger 2H production; <br> 4/2015 - 6/2015 Tiger 2H production | | | | Unknown |
| Account No. Tiger 1H Net RI% 1.864193 <br><br> PXP Producing Company LLC <br> Attn: Revenue Accounting <br> 700 Milam St., Ste. 3100 <br> Houston, TX 77002 | | - | Owed for 9/2015 - 10/2015 Tiger 1H production | | | | Unknown |
| Account No. Tiger 1H Net RI% 1.323795 <br><br> PXP Producing Company LLC <br> Attn: Revenue Accounting <br> 700 Milam St., Ste. 3100 <br> Houston, TX 77002 | | - | Owed for 9/2015 - 10/2015 Tiger 1H production | | | | Unknown |
| Account No. Tiger 2H Net RI% 0.766016 <br><br> PXP Producing Company LLC <br> Attn: Revenue Accounting <br> 700 Milam St., Ste. 3100 <br> Houston, TX 77002 | | - | Owed for: <br> 9/2014 - 10/2014 Tiger 2H production; <br> 12/2014 - 2/2015 Tiger 2H production; <br> 4/2015 - 6/2015 Tiger 2H production | | | | Unknown |
| Account No. <br><br> Railroad Commission of Texas <br> Oil & Gas Division <br> P.O. Box 12967 <br> Austin, TX 78711 | | - | | | | | Unknown |

Sheet no. __18__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Seidler Oil & Gas Operating LLC** , Case No. **15-34251-7**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **Tiger 1H Net RI% 0.426333** <br><br> **Randall T. Stevenson** <br> **3607 River Oaks Ct.** <br> **Tyler, TX 75707** | - | | | Owed for 9/2015 - 10/2015 Tiger 1H production | | | | **Unknown** |
| Account No. **Tiger 1H Net RI% 0.000323** <br><br> **Rave Energy Inc.** <br> **P.O. Box 3087** <br> **Houston, TX 77253** | - | | | Owed for 9/2015 - 10/2015 Tiger 1H production | | | | **Unknown** |
| Account No. **Tiger 2H Net RI% 0.000117** <br><br> **Rave Energy Inc.** <br> **P.O. Box 3087** <br> **Houston, TX 77253** | - | | | Owed for: <br> 9/2014 - 10/2014 Tiger 2H production; <br> 12/2014 - 2/2015 Tiger 2H production; <br> 4/2015 - 6/2015 Tiger 2H production | | | | **Unknown** |
| Account No. <br><br> **Refinery Specialties Inc.** <br> **P.O. Box 577** <br> **Hempstead, TX 77445** | - | | | Tiger 1H LOEs <br> Owe for 10/2015 | | | | **Unknown** |
| Account No. **Tiger 1H Net RI% 0.000547** <br><br> **Robro Royalty Partners Ltd.** <br> **P.O. Box 671009** <br> **Dallas, TX 75367-1099** | - | | | Owed for 9/2015 - 10/2015 Tiger 1H production | | | | **Unknown** |

Sheet no. __19__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Seidler Oil & Gas Operating LLC**                                   Case No.   **15-34251-7**
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **Tiger 2H Net RI% 0.000072** <br><br> **Robro Royalty Partners Ltd.** <br> **P.O. Box 671009** <br> **Dallas, TX 75367-1099** | | - | | | Owed for: <br> **9/2014 - 10/2014 Tiger 2H production;** <br> **12/2014 - 2/2015 Tiger 2H production;** <br> **4/2015 - 6/2015 Tiger 2H production** | | | | **Unknown** |
| Account No. **Tiger 1H Net RI% 0.013032** <br><br> **Rock Porosity LLC** <br> **1000 ballpark Way, Ste. 216** <br> **Arlington, TX 76011** | | - | | | **Owed for 9/2015 - 10/2015 Tiger 1H production** | | | | **Unknown** |
| Account No. **Tiger 2H Net RI% 0.002590** <br><br> **Rock Porosity LLC** <br> **1000 ballpark Way, Ste. 216** <br> **Arlington, TX 76011** | | - | | | **Owed for:** <br> **9/2014 - 10/2014 Tiger 2H production;** <br> **12/2014 - 2/2015 Tiger 2H production;** <br> **4/2015 - 6/2015 Tiger 2H production** | | | | **Unknown** |
| Account No. **Tiger 1H Net RI% 0.013032** <br><br> **Rock Reserves Ltd.** <br> **1000 Ballpark Way, Ste. 216** <br> **Arlington, TX 76011** | | - | | | **Owed for 9/2015 - 10/2015 Tiger 1H production** | | | | **Unknown** |
| Account No. **Tiger 2H Net RI% 0.002590** <br><br> **Rock Reserves Ltd.** <br> **1000 Ballpark Way, Ste. 216** <br> **Arlington, TX 76011** | | - | | | **Owed for:** <br> **9/2014 - 10/2014 Tiger 2H production;** <br> **12/2014 - 2/2015 Tiger 2H production;** <br> **4/2015 - 6/2015 Tiger 2H production** | | | | **Unknown** |

Sheet no. __20__ of __29__ sheets attached to Schedule of                          Subtotal                     **0.00**
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Seidler Oil & Gas Operating LLC** _____,  Case No. **15-34251-7** _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Tiger 2H Net RI% 0.006254**<br><br>**Ronan Halliday Moran**<br>**2005 Schooner Rd.**<br>**Stafford, VA 22554** | | - | | | Owed for:<br>9/2014 - 10/2014 Tiger 2H production;<br>12/2014 - 2/2015 Tiger 2H production;<br>4/2015 - 6/2015 Tiger 2H production | | | | **Unknown** |
| Account No. **Tiger 1H Net RI% 1.778424**<br><br>**Sandra Harrelson Brown**<br>**10607 Kirkglen**<br>**Houston, TX 77089** | | - | | | Owed for 9/2015 - 10/2015 Tiger 1H production | | | | **Unknown** |
| Account No. **Tiger 2H Net RI% 0.163417**<br><br>**Sandra Harrelson Brown**<br>**10607 Kirkglen**<br>**Houston, TX 77089** | | - | | | Owed for:<br>9/2014 - 10/2014 Tiger 2H production;<br>12/2014 - 2/2015 Tiger 2H production;<br>4/2015 - 6/2015 Tiger 2H production | | | | **Unknown** |
| Account No. **Tiger 1H & Tiger 2H WI**<br><br>**Seafund Holding LP**<br>**9780 Walnut St., Ste. 170**<br>**Dallas, TX 75243** | | - | | | Owed for 9/2015 - 10/2015 Tiger 1H production<br>Owed for:<br>9/2014 - 10/2014 Tiger 2H production;<br>12/2014 - 2/2015 Tiger 2H production;<br>4/2015 - 6/2015 Tiger 2H production | | | | **Unknown** |
| Account No. **Tiger 1H & Tiger 2H WI & ORRI**<br><br>**Seidler Oil & Gas LP**<br>**7140 East FM 917**<br>**Alvarado, TX 76009** | | - | | | Owed for 9/2015 - 10/2015 Tiger 1H production<br>Owed for:<br>9/2014 - 10/2014 Tiger 2H production;<br>12/2014 - 2/2015 Tiger 2H production;<br>4/2015 - 6/2015 Tiger 2H production | | | | **Unknown** |

Sheet no. __21__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Seidler Oil & Gas Operating LLC**                                         Case No.  **15-34251-7**
_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Tiger 2H Net RI% 0.071100** <br><br> **Shine, LLC** <br> **c/o Paul C. Franke, Manager** <br> **50 Anemone Dr.** <br> **Boulder, CO 80302** | - | | Owed for: <br> **9/2014 - 10/2014 Tiger 2H production;** <br> **12/2014 - 2/2015 Tiger 2H production;** <br> **4/2015 - 6/2015 Tiger 2H production** | | | | Unknown |
| Account No. **Tiger 2H Net RI% 0.038513** <br><br> **Shriner's Hospital for Children** <br> **2900 Rocky Point Dr.** <br> **Tampa, FL 33607** | - | | Owed for: <br> **9/2014 - 10/2014 Tiger 2H production;** <br> **12/2014 - 2/2015 Tiger 2H production;** <br> **4/2015 - 6/2015 Tiger 2H production** | | | | Unknown |
| Account No. **Tiger 2H Net RI% 0.038513** <br><br> **St. Thomas High School Foundation** <br> **4500 Memorial Dr.** <br> **Houston, TX 77077** | - | | Owed for: <br> **9/2014 - 10/2014 Tiger 2H production;** <br> **12/2014 - 2/2015 Tiger 2H production;** <br> **4/2015 - 6/2015 Tiger 2H production** | | | | Unknown |
| Account No. **Tiger 2H Net RI% 0.334312** <br><br> **Steve A. Marks** <br> **8330 Willowplace Dr. South, Ste. 1111** <br> **Houston, TX 77070** | - | | Owed for: <br> **9/2014 - 10/2014 Tiger 2H production;** <br> **12/2014 - 2/2015 Tiger 2H production;** <br> **4/2015 - 6/2015 Tiger 2H production** | | | | Unknown |
| Account No. **Tiger 1H Net RI% 0.050360** <br><br> **Sunstone Venutres LLC** <br> **9167 Bay Point Dr.** <br> **Orlando, FL 32819** | - | | Owed for 9/2015 - 10/2015 Tiger 1H production | | | | Unknown |

Sheet no. __22__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal <br> (Total of this page)                                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Seidler Oil & Gas Operating LLC__ Case No. __15-34251-7__
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. Tiger 1H Net RI% 3.956302<br><br>T. A. Harrelson<br>P.O. Box 35<br>Lovelady, TX 75851 | - | | | | Owed for 9/2015 - 10/2015 Tiger 1H production | | | | Unknown |
| Account No. Tiger 2H Net RI% 0.245125<br><br>T. A. Harrelson<br>P.O. Box 35<br>Lovelady, TX 75851 | - | | | | Owed for:<br>9/2014 - 10/2014 Tiger 2H production;<br>12/2014 - 2/2015 Tiger 2H production;<br>4/2015 - 6/2015 Tiger 2H production | | | | Unknown |
| Account No. Tiger 1H Net RI%0.000166<br><br>Tauras Royalty Company<br>P.O. Box 1477<br>Little Elm, TX 75068 | - | | | | Owed for 9/2015 - 10/2015 Tiger 1H production | | | | Unknown |
| Account No. Tiger 2H Net RI% 0.000022<br><br>Tauras Royalty Company<br>P.O. Box 1477<br>Little Elm, TX 75068 | - | | | | Owed for:<br>9/2014 - 10/2014 Tiger 2H production;<br>12/2014 - 2/2015 Tiger 2H production;<br>4/2015 - 6/2015 Tiger 2H production | | | | Unknown |
| Account No.<br><br>Tax Assessor Collector, Danette Millican<br>Houston County Texas<br>P.O. Box 941<br>Crockett, TX 75835 | - | | | | | | | | Unknown |

Sheet no. __23__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 0.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Seidler Oil & Gas Operating LLC__                                    Case No. __15-34251-7__
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Tiger 1H Net RI% 0.426333**<br><br>Teresa Stevenson Lantgen<br>10788 Texas Gas Rd.<br>Aurora, IN 47001 | | - | Owed for 9/2015 - 10/2015 Tiger 1H production | | | | Unknown |
| Account No. **Tiger 1H Net RI% 1.125484**<br><br>Terry N. Harrelson Trustee<br>The Eric Neal Harrelson Trust<br>102 Trailwood Dr.<br>Huntsville, TX 77340 | | - | Owed for 9/2015 - 10/2015 Tiger 1H production | | | | Unknown |
| Account No. **Tiger 2H Net RI% 0.122563**<br><br>Terry N. Harrelson Trustee<br>The Eric Neal Harrelson Trust<br>102 Trailwood Dr.<br>Huntsville, TX 77340 | | - | Owed for:<br>9/2014 - 10/2014 Tiger 2H production;<br>12/2014 - 2/2015 Tiger 2H production;<br>4/2015 - 6/2015 Tiger 2H production | | | | Unknown |
| Account No. **Tiger 1H Net RI% 1.125484**<br><br>Terry N. Harrelson, Trustee<br>The Alicia Maria Harrelson Trust<br>102 Trailwood Dr.<br>Huntsville, TX 77340 | | - | Owed for 9/2015 - 10/2015 Tiger 1H production | | | | Unknown |
| Account No. **Tiger 2H Net RI% 0.122563**<br><br>Terry N. Harrelson, Trustee<br>The Alicia Maria Harrelson Trust<br>102 Trailwood Dr.<br>Huntsville, TX 77340 | | - | Owed for:<br>9/2014 - 10/2014 Tiger 2H production;<br>12/2014 - 2/2015 Tiger 2H production;<br>4/2015 - 6/2015 Tiger 2H production | | | | Unknown |

Sheet no. __24__ of __29__ sheets attached to Schedule of                                     Subtotal                0.00
Creditors Holding Unsecured Nonpriority Claims                                    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Seidler Oil & Gas Operating LLC**
_____,
Debtor

Case No. __**15-34251-7**__

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Tiger 1H Net RI% 0.167777** <br><br> **The Thomas Allen Nelson and Judith Clark** <br> **Thomas Allen Nelson Trustee** <br> **7690 Torrem St.** <br> **La Mesa, CA 91942** | - | | **Owed for 9/2015 - 10/2015 Tiger 1H production** | | | | **Unknown** |
| Account No. **Tiger 2H Net RI% 0.076602** <br><br> **The Thomas Allen Nelson and Judith Clark** <br> **Thomas Allen Nelson Trustee** <br> **7690 Torrem St.** <br> **La Mesa, CA 91942** | - | | **Owed for:** <br> **9/2014 - 10/2014 Tiger 2H production;** <br> **12/2014 - 2/2015 Tiger 2H production;** <br> **4/2015 - 6/2015 Tiger 2H production** | | | | **Unknown** |
| Account No. **Tiger 2H Net RI% 0.231075** <br><br> **The W.T. and Louise J. Moran Foundation** <br> **3843 N. Braeswood Blvd., Ste. 200** <br> **Houston, TX 77025** | - | | **Owed for:** <br> **9/2014 - 10/2014 Tiger 2H production;** <br> **12/2014 - 2/2015 Tiger 2H production;** <br> **4/2015 - 6/2015 Tiger 2H production** | | | | **Unknown** |
| Account No. <br><br> **Threlkeld & Company Insurance** <br> **515WSW Loop 323** <br> **Tyler, TX 75701** | - | | **P-5 Bond** | | | | **Unknown** |
| Account No. <br><br> **Trinidad Drilling, LP** <br> **15015 Vickery Drive** <br> **Houston, TX 77032** | - | | **08/21/14** <br> **Invoice #SI16653 - Tiger 2H drilling** | | | X | **356,832.16** |

Sheet no. __**25**__ of __**29**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | **356,832.16**

B6F (Official Form 6F) (12/07) - Cont.

In re **Seidler Oil & Gas Operating LLC**                                Case No. **15-34251-7**
_____,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Trinidad Drilling, LP**<br>**15015 Vickery Drive**<br>**Houston, TX 77032** | | - | | | **10/31/14**<br>**Invoice # SI17105 - Tiger 2H drilling** | | | X | **22,805.32** |
| Account No.<br><br>**Trinity River Midstream LLC**<br>**333 Clay St., Ste. 4500**<br>**Houston, TX 77002** | | - | | | **Tiger 1H LOEs**<br>**Owe for 9/2015 - 10/2015** | | | | **Unknown** |
| Account No. **Tiger 2H Net RI% 0.334312**<br><br>**Troy Diskell, Independent Executor**<br>**of the Estate of Doris Marks H.**<br>**Driskell**<br>**P.O. Box 345**<br>**Lovelady, TX 75851** | | - | | | **Owed for:**<br>**9/2014 - 10/2014 Tiger 2H production;**<br>**12/2014 - 2/2015 Tiger 2H production;**<br>**4/2015 - 6/2015 Tiger 2H production** | | | | **Unknown** |
| Account No.<br><br>**TSCO Measurement Services**<br>**P.O. Box 77054**<br>**Fort Worth, TX 76177** | | - | | | **Tiger 1H LOEs**<br>**Owe for 9/2015 - 10/2015**<br>**Tiger 2H 9/2014 equipment install** | | | | **Unknown** |
| Account No. **Tiger 1H Net RI% 0.101615**<br><br>**Union FCB Texas Ltd.**<br>**113 S.W. 8th Ave.**<br>**Amarillo, TX 79101** | | - | | | **Owed for 9/2015 - 10/2015 Tiger 1H production** | | | | **Unknown** |

Sheet no. __26__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **22,805.32**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Seidler Oil & Gas Operating LLC**                 Case No.   **15-34251-7**

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Tiger 2H Net RI% 0.020193**<br><br>**Union FCB Texas Ltd.**<br>**113 S.W. 8th Ave.**<br>**Amarillo, TX 79101** | | - | **Owed for:**<br>**9/2014 - 10/2014 Tiger 2H production;**<br>**12/2014 - 2/2015 Tiger 2H production;**<br>**4/2015 - 6/2015 Tiger 2H production** | | | | **Unknown** |
| Account No. **Tiger 2H Net RI% 0.038513**<br><br>**Univ of Texas System Board of Regents**<br>**F/B/O M. D. Anderson Cancer Center - Louise Moran Fund**<br>**P.O. Box 551**<br>**Midland, TX 79702** | | - | **Owed for:**<br>**9/2014 - 10/2014 Tiger 2H production;**<br>**12/2014 - 2/2015 Tiger 2H production;**<br>**4/2015 - 6/2015 Tiger 2H production** | | | | **Unknown** |
| Account No.<br><br>**Universal Oilfield Services Inc.**<br>**P.O. Box 310**<br>**Lovelady, TX 75851** | | - | **Tiger 1H LOEs**<br>**Owe for 9/2015 - 10/2015** | | | | **Unknown** |
| Account No.<br><br>**Upstream Energy Services LLC**<br>**2277 Plaza Dr., Ste. 440**<br>**Sugar Land, TX 77479** | | - | **Tiger 1H LOEs**<br>**Owe for 8/2015 - 10/2015** | | | | **Unknown** |
| Account No. **Tiger 1H Net RI% 0.025180**<br><br>**Vicory Ann Herman**<br>**4803 Apple Valley Ct.**<br>**College Station, TX 77845** | | - | **Owed for 9/2015 - 10/2015 Tiger 1H production** | | | | **Unknown** |

Sheet no. __27__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

               Subtotal                  **0.00**
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Seidler Oil & Gas Operating LLC**                                   Case No.   **15-34251-7**
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Tiger 1H Net RI% 0.503332**<br><br>**Weather II Properties LLC**<br>**T. Wells Aitken Managing Partner**<br>**2 Black Horse Terr.**<br>**Winchester, MA 01890** | - | | Owed for 9/2015 - 10/2015 Tiger 1H production | | | | **Unknown** |
| Account No. **Tiger 2H Net RI% 0.206824**<br><br>**Weather II Properties LLC**<br>**T. Wells Aitken Managing Partner**<br>**2 Black Horse Terr.**<br>**Winchester, MA 01890** | - | | Owed for:<br>9/2014 - 10/2014 Tiger 2H production;<br>12/2014 - 2/2015 Tiger 2H production;<br>4/2015 - 6/2015 Tiger 2H production | | | | **Unknown** |
| Account No.<br><br>**Weatherford USS LP**<br>**3100 W. Oak St.**<br>**Palestine, TX 75801** | - | | 12/24/14<br>Invoice #11607389 RI | | | X | **16,086.82** |
| Account No. **Tiger 2H Net RI% 0.334312**<br><br>**Wesley A. Marks**<br>**12927 Pinewoods**<br>**Tomball, TX 77375** | - | | Owed for:<br>9/2014 - 10/2014 Tiger 2H production;<br>12/2014 - 2/2015 Tiger 2H production;<br>4/2015 - 6/2015 Tiger 2H production | | | | **Unknown** |
| Account No. **Tiger 1H Net RI% 0.000169**<br><br>**White Oak Energy Royalty Partners LP**<br>**12941 North Freeway, Ste. 550**<br>**Houston, TX 77060** | - | | Owed for 9/2015 - 10/2015 Tiger 1H production | | | | **Unknown** |

Sheet no. __28__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **16,086.82**

B6F (Official Form 6F) (12/07) - Cont.

In re **Seidler Oil & Gas Operating LLC**                    Case No. **15-34251-7**
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Tiger 2H Net RI% 0.000067** <br><br> **White Oak Energy Royalty Partners LP** <br> **12941 North Freeway, Ste. 550** <br> **Houston, TX 77060** | | - | Owed for: <br> **9/2014 - 10/2014 Tiger 2H production;** <br> **12/2014 - 2/2015 Tiger 2H production;** <br> **4/2015 - 6/2015 Tiger 2H production** | | | | **Unknown** |
| Account No. **Tiger 2H Net RI% 0.010023** <br><br> **William S. Poinsett** <br> **c/o LJM Corporation - Agent** <br> **3843 N. Braeswood Blvd., Ste. 200** <br> **Houston, TX 77025** | | - | Owed for: <br> **9/2014 - 10/2014 Tiger 2H production;** <br> **12/2014 - 2/2015 Tiger 2H production;** <br> **4/2015 - 6/2015 Tiger 2H production** | | | | **Unknown** |
| Account No. **Tiger 2H Net RI% 0.281500** <br><br> **WS Dean Minerals, LP** <br> **P.O. Box 1089** <br> **Crockett, TX 75835** | | - | Owed for: <br> **9/2014 - 10/2014 Tiger 2H production;** <br> **12/2014 - 2/2015 Tiger 2H production;** <br> **4/2015 - 6/2015 Tiger 2H production** | | | | **Unknown** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __29__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal <br> (Total of this page) | 0.00 |
|---|---|---|
|  | Total <br> (Report on Summary of Schedules) | 1,347,852.30 |

B6G (Official Form 6G) (12/07)

In re __Seidler Oil & Gas Operating LLC_____,  Case No. __15-34251-7_____
                                      Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| AJC Group LLC<br>9780 Walnut St., Ste. 170<br>Dallas, TX 75243 | Funding Agreement |
| Exterran Partners (Customer #88525)<br>P.O. Box 201160<br>Dallas, TX 75320 | Master Compression Services Agreement |
| G5 Energy Inc.<br>4809 Cole Ave., Ste. 200<br>Dallas, TX 75205 | CWI & ORRI Agreement |
| G5 Energy Inc.<br>4809 Cole Ave., Ste. 200<br>Dallas, TX 75205 | Net Proceeds Agreement |
| KTO Oil & Gas Investments LLC<br>9780 Walnut St., Ste. 170<br>Dallas, TX 75243 | EB-5 Management/Consulting Services Agreement |
| KTO Oil & Gas LLC<br>9780 Walnut St., Ste. 170<br>Dallas, TX 75243 | CWI & ORRI Agreement |
| KTO Oil & Gas LLC<br>9780 Walnut St., Ste. 170<br>Dallas, TX 75243 | Net Proceeds Agreement |
| Seafund Holding LP<br>9780 Walnut St., Ste. 170<br>Dallas, TX 75243 | Joint Operating Agreement |
| Seafund Holding LP<br>9780 Walnut St., Ste. 170<br>Dallas, TX 75243 | Participation Agreement |
| Seafund Holding LP<br>9780 Walnut St., Ste. 170<br>Dallas, TX 75243 | Funding Agreement |
| Texas Lone Star LLC<br>1402 San Antonio St., Ste. 102<br>Austin, TX 78701 | Funding Agreement |
| Trinity River Midstream LLC<br>333 Clay St., Ste. 4500<br>Houston, TX 77002 | Gas Gathering, Processing and Marketing Agreement |

1

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re   **Seidler Oil & Gas Operating LLC**                  Case No.    **15-34251-7**

                                    Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Upstream Energy Services LP**<br>**2277 Plaza Dr., Ste. 440**<br>**Sugar Land, TX 77479** | **Natural Gas Marketing, Transportation and Processing Agreement** |

Sheet  **1**  of  **1**  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re **Seidler Oil & Gas Operating LLC**                                      Case No.  __15-34251-7__
_____ ,
                                              Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| | |

**0**
____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Texas

In re    **Seidler Oil & Gas Operating LLC**

                                   Debtor(s)

Case No.    **15-34251-7**

Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Sole Manager of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __42__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **November 13, 2015**

Signature _____

**Frank W. Seidler**
**Sole Manager**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.