B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Northern District of Texas

In re   **Seidler Oil & Gas Operating LLC**                                   Case No.  **15-34251-7**
                                        Debtor(s)             Chapter   **7**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

### 1. Income from employment or operation of business

None ☐    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $0.00 | 2015 YTD |
| $0.00 | 2014 |
| $0.00 | 2013 |

---

### 2. Income other than from employment or operation of business

None ■    State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

B7 (Official Form 7) (04/13)

### 3. Payments to creditors

None ■ *Complete a. or b., as appropriate, and c.*

    a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐   b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Externan Partners (Customer #88525)** P.O. Box 201160 Dallas, TX 75320 | 8/4/2015 | $5,665.66 | $0.00 |
| **Externan Partners (Customer #88525)** P.O. Box 201160 Dallas, TX 75320 | 9/3/2015 | $5,665.66 | $0.00 |
| **Externan Partners (Customer #88525)** P.O. Box 201160 Dallas, TX 75320 | 9/30/2015 | $5,665.66 | $0.00 |
| **Externan Partners (Customer #88525)** P.O. Box 201160 Dallas, TX 75320 | 9/30/2015 | $5,665.66 | $0.00 |
| **J&H Insurance Services Inc.** 510 N. Valley Mills Dr., #701 Waco, TX 76710 | 8/28/2015 | $16,665.00 | $0.00 |
| **J&H Insurance Services Inc.** 510 N. Valley Mills Dr., #701 Waco, TX 76710 | 8/28/2015 | $11,806.58 | $0.00 |
| **Refinery Specialties Inc.** P.O. Box 577 Hempstead, TX 77445 | 8/4/2015 | $1,020.00 | $0.00 |
| **Refinery Specialties Inc.** P.O. Box 577 Hempstead, TX 77445 | 8/4/2015 | $1,012.00 | $0.00 |
| **Refinery Specialties Inc.** P.O. Box 577 Hempstead, TX 77445 | 9/3/2015 | $2,103.75 | $0.00 |
| **Refinery Specialties Inc.** P.O. Box 577 Hempstead, TX 77445 | 9/3/2015 | $1,012.00 | $0.00 |

\* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Refinery Specialties Inc.<br>P.O. Box 577<br>Hempstead, TX 77445 | 9/30/2015 | $1,058.00 | $0.00 |
| Refinery Specialties Inc.<br>P.O. Box 577<br>Hempstead, TX 77445 | 10/1/2015 | $1,787.00 | $0.00 |

None ■    c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Trinidad Drilling, LP v. Seidler Oil & Gas Operating, LLC; Cause No. 2015-11366 | Suit on sworn account by a well services and supply company | 152nd Judicial District Court of Harris County, Texas | Pending |
| Multi-Shot LLC d/b/a MS Energy Services v. Seidler Oil & Gas Operating, LLC; Cause No. 15-0076 | Suit on sworn account by a well services and supply company | 349th Judicial District Court of Houston County, Texas | Pending |
| Seidler Oil & Gas Operating, LLC v. Weatherford International, LLC; Cause No. 2015-49555 | Suit for misrepresntation, negligent well completion services and defective well completion | 190th Judicial District Court of Harris County, Texas | Pending |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)

---

#### 6. Assignments and receiverships

**None** ☒ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

**None** ☒ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

#### 7. Gifts

**None** ☒ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

#### 8. Losses

**None** ☒ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

#### 9. Payments related to debt counseling or bankruptcy

**None** ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Shannon Gracey Ratliff & Miller, LLP<br>420 Commerce St., Ste. 500<br>Fort Worth, TX 76102 | 10/1/2015 | 6,000.00 |

---

#### 10. Other transfers

**None** ☒ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

B7 (Official Form 7) (04/13)

None ■  b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ☐  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **American National Bank of Texas**<br>2170 Matlock Rd., Ste. 110<br>Mansfield, TX 76063 | **Business Checking Acct # 3984; 603.51** | **10/6/2015** |
| **American National Bank of Texas**<br>2170 Matlock Rd., Ste. 110<br>Mansfield, TX 76063 | **Business Checking Acct # 4289; 1,475.05** | **10/6/2015** |
| **American National Bank of Texas**<br>2170 Matlock Rd., Ste. 110<br>Mansfield, TX 76063 | **Business Checking Acct # 9031; 465.06** | **8/28/2015** |

### 12. Safe deposit boxes

None ■  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None ■  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None ☐  List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| 4WB Royalties, L.P.<br>Attn: Russell Collin Williams, Manager<br>P.O. Box 638<br>Prosper, TX 75078 | Tiger 2H Net RI% 0.281500<br>Owed for: 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production4/2015 - 6/2015 Tiger 2H production; value unknown | Houston County, TX |

B7 (Official Form 7) (04/13)

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Amended & Restated KMF Mgmt Trust<br>UTD 2/5/2008, Kenneth Michael Franke &<br>Successor(s), Trustee<br>P.O. Box 121030<br>Arlington, TX 76012-1030 | Tiger 2H Net RI% 0.071100<br>Owed for: 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production4/2015 - 6/2015 Tiger 2H production; value unknown | Houston County, TX |
| Ann E. Moran<br>c/o LJM Corporation - Agent<br>3843 N. Braeswood Blvd., Ste. 200<br>Houston, TX 77025 | Tiger 2H Net RI% 0.045474<br>Owed for: 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production4/2015 - 6/2015 Tiger 2H production; value unknown | Houston County, TX |
| Ann E. Moran Living Trust,<br>Ann E. Moran, Trustee<br>c/o LJM Corporation - Agent<br>3843 N. Braeswood, Ste. 200<br>Houston, TX 77025 | Tiger 2H Net RI% 0.045474<br>Owed for: 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production4/2015 - 6/2015 Tiger 2H production; value unknown | Houston County, TX |
| Ashley Dean Florez<br>2921 Lake Rd.<br>Bay Village, OH 44140 | Tiger 2H Net RI% 0.070375<br>Owed for: 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production4/2015 - 6/2015 Tiger 2H production; value unknown | Houston County, TX |
| Ashley E. Dean Testamentary Trust,<br>Ashley Dean Florez, David Florez. Trustee<br>26921 lake Rd.<br>Bay Village, OH 44140 | Tiger 2H Net RI% 0.070375<br>Owed for: 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production4/2015 - 6/2015 Tiger 2H production; value unknown | Houston County, TX |
| Bette C. Ritchie Revocable Trust<br>Hiram W. Lewis III Trustee<br>348 N. Roosevelt<br>Wichita, KS 67208 | Tiger 1H Net RI% 0.167777<br>Owed for 9/2015 - 10/2015 Tiger 21 production; value unknown | Houston County, TX |
| Bette C. Ritchie Revocable Trust<br>Hiram W. Lewis III Trustee<br>348 N. Roosevelt<br>Wichita, KS 67208 | Tiger 2H Net RI% 0.076602<br>Owed for: 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production4/2015 - 6/2015 Tiger 2H production; value unknown | Houston County, TX |
| Beverly Gilmore<br>P.O. Box 917<br>Latexo, TX 75849 | Tiger 1H Net RI% 0.006667<br>Owed for 9/2015 - 10/2015 Tiger 1H; value unknown | Houston County, TX |
| Billy Ray Stewart<br>3902 Cloverbrook<br>Houston, TX 77045 | Tiger 1H Net RI% 0.01333<br>Owed for 9/2015 - 10/2015 Tiger 1H production; value unknown | Houston County, TX |
| Bitter End Royalties, LP<br>P.O. Box 671009<br>Dallas, TX 75367-1099 | Tiger 1H Net RI% 0.000724<br>Owed for 9/2015 - 10/2015 Tiger 1H production; value unknown | Houston County, TX |
| Bitter End Royalties, LP<br>P.O. Box 671009<br>Dallas, TX 75367-1099 | Tiger 2H Net RI% 0.000095<br>Owed for: 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production4/2015 - 6/2015 Tiger 2H production; value unknown | Houston County, TX |
| Bob Mayhew<br>6314 Lewis Ln.<br>Rosharon, TX 77583 | Tiger 1H Net RI% 0.002078<br>Owed for 9/2015 - 10/2015 Tiger 1H production; value unknown | Houston County, TX |
| Bob S. Chafin and Delia Diane Chaf<br>3765 FM 230<br>Lovelady, TX 75851 | Tiger 1H Net RI% 1.333333<br>Owed for 9/2015 - 10/2015 Tiger 1H production; value unknown | Houston County, TX |

B7 (Official Form 7) (04/13)

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Bobby Lee Stewart<br>P.O. Box 184<br>Lovelady, TX 75851 | Tiger 1H Net RI% 0.013333<br>Owed for 9/2015 - 10/2015 Tiger 1H production; value unknown | Houston County, TX |
| Bret A. Hammett<br>12418 Overcup Dr.<br>Houston, TX 77024 | Tiger 1H Net RI% 0.841584<br>Owed for 9/2015 - 10/2015 Tiger 1H production; value unknown | Houston County, TX |
| Bret A. Hammett<br>12418 Overcup Dr.<br>Houston, TX 77024 | Tiger 2H Net RI% 8.494833<br>Owed for: 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production4/2015 - 6/2015 Tiger 2H production; value unknown | Houston County, TX |
| Bruce L. Franke<br>P.O. Box 557<br>Willis, TX 77378 | Tiger 2H Net RI% 0.071100<br>Owed for: 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production4/2015 - 6/2015 Tiger 2H production; value unknown | Houston County, TX |
| BSD Realty LLC<br>4646 Wild Indigo St., Ste. 110<br>Houston, TX 77027 | Tiger 1H Net RI% 0.001039<br>Owed for 9/2015 - 10/2015 Tiger 1H production; value unknown | Houston County, TX |
| Byrne Family, LLC<br>P.O. Box 24<br>Glen Arbor, MI 49636 | Tiger 2H Net RI% 0.007554<br>Owed for: 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production4/2015 - 6/2015 Tiger 2H production; value unknown | Houston County, TX |
| Carol Kenny<br>402 Main, Penthouse<br>Houston, TX 77002 | Tiger 1H Net RI% 0.000416<br>Owed for 9/2015 - 10/2015 Tiger 1H production; value unknown | Houston County, TX |
| Century 2000 Royalty Partnership<br>507 W. Choctaw St.<br>Marlow, OK 73055 | Tiger 2H Net RI% 0.019587<br>Owed for: 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production4/2015 - 6/2015 Tiger 2H production; value unknown | Houston County, TX |
| Century 2000 Royalty Partnership<br>507 W. Choctaw St.<br>Marlow, OK 73055 | Tiger 1H Net RI% 0.098566<br>Owed for 9/2015 - 10/2015 Tiger 1H production; value unknown | Houston County, TX |
| Chamberlain Resources LLC<br>7140 East FM 917<br>Alvarado, TX 76009 | Tiger 1H & Tiger 2H ORRI<br>Owed for 9/2015 - 10/2015 Tiger 1H production and<br>9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production4/2015 - 6/2015 Tiger 2H production; value unknown | Houston County, TX |
| Clarke Lindsley<br>423 Wanda Dr.<br>Irving, TX 75060 | Tiger 1H Net RI% 0.055926<br>Owed for 9/2015 - 10/2015 Tiger 1H production; value unknown | Houston County, TX |
| Clarke Lindsley<br>423 Wanda Dr.<br>Irving, TX 75060 | Tiger 2H Net RI% 0.015320<br>Owed for: 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production4/2015 - 6/2015 Tiger 2H production; value unknown | Houston County, TX |
| Cynthia Harrelson Farek<br>3149 FM 3151<br>Lovelady, TX 75851 | Tiger 1H Net RI% 1.778424<br>Owed for 9/2015 - 10/2015 Tiger 1H production; value unknown | Houston County, TX |

B7 (Official Form 7) (04/13)

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Cynthia Harrelson Farek<br>3149 FM 3151<br>Lovelady, TX 75851 | Tiger 2H Net RI% 0.163417<br>Owed for: 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production4/2015 - 6/2015 Tiger 2H production; value unknown | Houston County, TX |
| Daniel R. Stevenson<br>1023 CR 4737<br>Cumby, TX 75433 | Tiger 1H Net RI% 0.426333<br>Owed for 9/2015 - 10/2015 Tiger 1H production; value unknown | Houston County, TX |
| Donald Stewart<br>P.O. Box 7<br>Lovelady, TX 75851 | Tiger 1H Net RI% 0.013333<br>Owed for 9/2015 - 10/2015 Tiger 1H production; value unknown | Houston County, TX |
| Franke Natural Resources, LP<br>P.O. Box 162137<br>Austin, TX 78716-2137 | Tiger 2H Net RI% 0.071100<br>Owed for: 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production4/2015 - 6/2015 Tiger 2H production; value unknown | Houston County, TX |
| G5 Energy Inc.<br>4809 Cole Ave., Ste. 200<br>Dallas, TX 75205 | Tiger 1H and Tiger 2H WI<br>Owed for: 9/2015 - 10/2015 Tiger 1H production; value unknown and 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production4/2015 - 6/2015 Tiger 2H production; value unknown | Houston County, TX |
| George Vaught Jr.<br>P.O. Box 13557<br>Denver, CO 80201 | Tiger 1H Net RI% 0.000011<br>Owed for 9/2015 - 10/2015 Tiger 1H production; value unknown | Houston County, TX |
| George Vaught Jr.<br>P.O. Box 13557<br>Denver, CO 80201 | Tiger 2H Net RI% 0.000001<br>Owed for: 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production4/2015 - 6/2015 Tiger 2H production; value unknown | Houston County, TX |
| Gorda Sound Royalties LP<br>P.O. Box 671009<br>Dallas, TX 75367-1099 | Tiger 1H Net RI% 0.000956<br>Owed for 9/2015 - 10/2015 Tiger 1H production; value unknown | Houston County, TX |
| Gorda Sound Royalties LP<br>P.O. Box 671009<br>Dallas, TX 75367-1099 | Tiger 2H Net RI% 0.000199<br>Owed for: 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production4/2015 - 6/2015 Tiger 2H production; value unknown | Houston County, TX |
| ;Harry Fry<br>2344 Thornsbury Rd.<br>Sonoma, CA 95476 | Tiger 1H Net RI% 0.001039<br>Owed for 9/2015 - 10/2015 Tiger 1H production; value unknown | Houston County, TX |
| Hattie Wakefield | Tiger 1H Net RI% 0.050360<br>Owed for 9/2015 - 10/2015 Tiger 1H production; value unknown | Houston County, TX |
| Herbert K. Kindsley<br>6933 N. Olympia St.<br>Portland, OR 97203-1861 | Tiger 1H Net RI% 0.055926<br>Owed for 9/2015 - 10/2015 Tiger 1H production; value unknown | Houston County, TX |
| Herbert K. Kindsley<br>6933 N. Olympia St.<br>Portland, OR 97203-1861 | Tiger 2H Net RI% 0.015320<br>Owed for: 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production4/2015 - 6/2015 Tiger 2H production; value unknown | Houston County, TX |

B7 (Official Form 7) (04/13)

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Holmes Family Irrevocable Trust FBO Elizabeth K. Holmes, Johnathon Holmes and Elizabeth K. Holmes, Co-Trust<br>800 Chrissys Cove<br>Austin, TX 78733 | Tiger 2H Net RI% 0.035550<br>Owed for: 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production4/2015 - 6/2015 Tiger 2H production; value unknown | Houston County, TX |
| Holmes Family Irrevocable Trust FBO Johnathon H. Holmes, Johnathon H.<br>Holmes, Trustee<br>800 Chrissys Cove<br>Austin, TX 78733 | Tiger 2H Net RI% 0.035550<br>Owed for: 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production4/2015 - 6/2015 Tiger 2H production; value unknown | Houston County, TX |
| Hossein Soudjani<br>14031 Pinerock<br>Houston, TX 77009 | Tiger 1H Net RI% 0.002078<br>Owed for 9/2015 - 10/2015 Tiger 1H production; value unknown | Houston County, TX |
| Hurley Texas Royalty Partnership<br>507 W. Choctaw St.<br>Marlow, OK 73055 | Tiger 2H Net RI% 0.005755<br>Owed for: 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production4/2015 - 6/2015 Tiger 2H production; value unknown | Houston County, TX |
| Hurley Texas Royalty Partnership<br>507 W. Choctaw St.<br>Marlow, OK 73055 | Tiger 1H Net RI% 0.028960<br>Owed for 9/2015 - 10/2015 Tiger 1H production; value unknown | Houston County, TX |
| James Owen Durst<br>2600 Bolton St.<br>Austin, TX 78748 | Tiger 1H Net RI% 0.025180<br>Owed for 9/2015 - 10/2015 Tiger 1H production; value unknown | Houston County, TX |
| James P. Poinsett<br>William T. Moran, III, Trustee<br>P.O. Box 26495<br>Austin, TX 78755-0495 | Tiger 2H Net RI% 0.007406<br>Owed for: 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production4/2015 - 6/2015 Tiger 2H production; value unknown | Houston County, TX |
| James Ray Harrelson Sr. & Judy Harrelson<br>2716 S. Pine Hill Dr.<br>Pearland, TX 77581 | Tiger 2H Net RI% 0.163417<br>Owed for: 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production4/2015 - 6/2015 Tiger 2H production; value unknown | Houston County, TX |
| James Ray Harrelson Sr. & Judy Harrelson<br>2716 S. Pine Hill Dr.<br>Pearland, TX 77581 | Tiger 1H Net RI% 1.778424<br>Owed for 9/2015 - 10/2015 Tiger 1H production; value unknown | Houston County, TX |
| Jane Hopkins<br>P.O. Box 1355<br>Latexo, TX 75849 | Tiger 1H Net RI% 0.006667<br>Owed for 9/2015 - 10/2015 Tiger 1H production; value unknown | Houston County, TX |
| Janet Lou Clark<br>1204 St. Johns Woods St.<br>Houston, TX 77077 | Tiger 2H Net RI% 0.334313<br>Owed for: 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production4/2015 - 6/2015 Tiger 2H production; value unknown | Houston County, TX |
| John Able<br>402Main, Penthouse<br>Houston, TX 77002 | Tiger 1H Net RI% 0.009316<br>Owed for 9/2015 - 10/2015 Tiger 1H production; value unknown | Houston County, TX |
| John Calloway<br>818 Kipling<br>Houston, TX 77006 | Tiger 1H Net RI% 0.004675<br>Owed for 9/2015 - 10/2015 Tiger 1H production; value unknown | Houston County, TX |

B7 (Official Form 7) (04/13)

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Judith Lee Poinsett Properties, LLC<br>c/o LJM Corporation - Agent<br>3843 N. Braeswood Blvd., Ste 200<br>Houston, TX 77025 | Tiger 2H Net RI% 0.010023<br>Owed for: 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production4/2015 - 6/2015 Tiger 2H production; value unknown | Houston County, TX |
| Karen R. Dixon<br>8900 Massey Rd.<br>Granbury, TX 76049 | Tiger 1H Net RI% 0.426333<br>Owed for 9/2015 - 10/2015 Tiger 1H production; value unknown | Houston County, TX |
| Katherine Elizabeth Durst<br>3613 Graz dr.<br>College Station, TX 77845 | Tiger 1H Net RI% 0.025180<br>Owed for 9/2015 - 10/2015 Tiger 1H production; value unknown | Houston County, TX |
| Katherine Louise Moran<br>3300 Main St. #104<br>Dallas, TX 75226 | Tiger 2H Net RI% 0.006254<br>Owed for: 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production4/2015 - 6/2015 Tiger 2H production; value unknown | Houston County, TX |
| KTO Energy LLC<br>623 Saint George<br>Richardson, TX 75081 | Tiger 1H and Tiger 2H WI & ORRI<br>Owed for: 9/2015 - 10/2015 Tiger 1H production; unknown value and 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production4/2015 - 6/2015 Tiger 2H production; value unknown | Houston County, TX |
| Laura D. Marks<br>18307 Beaverdell<br>Tomball, TX 77377 | Tiger 2H Net RI% 0.334312<br>Owed for: 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production4/2015 - 6/2015 Tiger 2H production; value unknown | Houston County, TX |
| Kathryn May Stewart<br>268 Dogwood Lane West<br>Crockett, TX 75835 | Tiger 1H Net RI% 0.013333<br>Owed for 9/2015 - 10/2015 Tiger 1H production; value unknown | Houston County, TX |
| Ken Newberry<br>708 East 19th<br>Houston, TX 77006 | Tiger 1H Net RI% 0.001662<br>Owed for 9/2015 - 10/2015 Tiger 1H production; value unknown | Houston County, TX |
| Leroy M. Poinsett<br>c/o LJM Corporation - Agent<br>3843 N. Braeswood Blvd., Ste. 200<br>Houston, TX 77025 | Tiger 2H Net RI% 0.010023<br>Owed for: 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production4/2015 - 6/2015 Tiger 2H production; value unknown | Houston County, TX |
| Lindsay Dean Switzer<br>P.O. Box 6771<br>Douglasville, GA 30154 | Tiger 2H Net RI% 0.070375<br>Owed for: 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production4/2015 - 6/2015 Tiger 2H production; value unknown | Houston County, TX |
| Lindsay T. Dean Testamentary Trust<br>Christopher E. Switzer, Ben Harlan Gable<br>and Lindsay D. Switzer, Trustees<br>P.O. Box 6771<br>Douglasville, GA 30135 | Tiger 2H Net RI% 0.070375<br>Owed for: 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production4/2015 - 6/2015 Tiger 2H production; value unknown | Houston County, TX |
| M. Klein Enterprises, LLC<br>1156 Panama<br>Portage, MI 49002 | Tiger 2H Net RI% 0.007554<br>Owed for: 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production4/2015 - 6/2015 Tiger 2H production; value unknown | Houston County, TX |

B7 (Official Form 7) (04/13)

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Mae G. Shapley<br>P.O. Box 5423<br>Katy, TX 77491-5423 | Tiger 2H Net RI% 0.015109<br>Owed for: 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production4/2015 - 6/2015 Tiger 2H production; value unknown | Houston County, TX |
| MAPFCB13-NET<br>101 North Robinson, Ste. 1000<br>Oklahoma City, OK 73102-5514 | Tiger 1H Net RI% 1,774191<br>Owed for 9/2015 - 10/2015 Tiger 1H production; value unknown | Houston County, TX |
| MAPFCB13-NET<br>101 North Robinson, Ste. 1000<br>Oklahoma City, OK 73102-5514 | Tiger 2H Net RI% 0.352562<br>Owed for: 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production4/2015 - 6/2015 Tiger 2H production; value unknown | Houston County, TX |
| Margaret Ann Dell'Osso Trust,<br>JP Morgan Chase Bank, N.A.,<br>Trustee<br>c/o LJM Corporation - Agent<br>3843 N. Braeswood Blvd., Ste. 200<br>Houston, TX 77025 | Tiger 2H Net RI% 0.022811<br>Owed for: 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production4/2015 - 6/2015 Tiger 2H production; value unknown | Houston County, TX |
| Mayan Oil & Gas LLC<br>3843 N. Braeswood Blvd., Ste. 200<br>Houston, TX 77025 | Tiger 2H Net RI% 0.056288<br>Owed for: 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production4/2015 - 6/2015 Tiger 2H production; value unknown | Houston County, TX |
| Mary Ann Couvillion<br>3949 Boysenberry Ave. #3<br>Fairbanks, AK 99703 | Tiger 2H Net RI% 0.334313<br>Owed for: 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production4/2015 - 6/2015 Tiger 2H production; value unknown | Houston County, TX |
| Mary Elizabeth Durst<br>3122 Camelot Dr. #32<br>Bryan, TX 77802 | Tiger 1H Net RI% 0.025180<br>Owed for 9/2015 - 10/2015 Tiger 1H production; value unknown | Houston County, TX |
| MBM Venutres LLC<br>15120 NW Freeway #190<br>Houston, TX 77040 | Tiger 1H Net RI% 0.000519<br>Owed for 9/2015 - 10/2015 Tiger 1H production; value unknown | Houston County,TX |
| Mel Gross<br>Tee Mel Gross Profit Sharing Plan | Tiger 1H Net RI% 0.000519<br>Owed for 9/2015 - 10/2015 Tiger 1H production; value unknown | Houston County, TX |
| Melba | Tiger 1H Net RI% 0.050360<br>Owed for 9/2015 - 10/2015 Tiger 1H production; value unknown | Houston County, TX |
| Melba Frossard<br>Trustee u/w/o J.H. Frossard | Tiger 1H Net RI% 0.050360<br>Owed for 9/2015 - 10/2015 Tiger 1H production; value unknown | Houston County, TX |
| Molly Elizabeth (Moran) Debault<br>501 Wooded Crest Dr.<br>Woodway, TX 76712 | Tiger 2H Net RI% 0.006254<br>Owed for: 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production4/2015 - 6/2015 Tiger 2H production; value unknown | Houston County, TX |
| Moran Employees' Trust, Patrick J. Moran<br>JP Morgan Chase Bank, NA,<br>Co-Trustee<br>c/o LJM Corporation - Agent<br>3843 N. Braeswood Blvd., Ste. 200<br>Houston, TX 77025 | Tiger 2H Net RI% 0.089764<br>Owed for: 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production4/2015 - 6/2015 Tiger 2H production; value unknown | Houston County, TX |

B7 (Official Form 7) (04/13)

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Moran Properties, Inc.<br>by Susan J. Moran as President<br>1407 North Dearborn St.<br>Chicago, IL 60610 | Tiger 2H Net RI% 0.045474<br>Owed for: 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production4/2015 - 6/2015 Tiger 2H production; value unknown | Houston County, TX |
| Museum of Fine Arts Houston<br>c/o Travis Property Management, LLC<br>P.O. Box 56429<br>Houston, TX 77256-6429 | Tiger 2H Net RI% 0.038513<br>Owed for: 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production4/2015 - 6/2015 Tiger 2H production; value unknown | Houston County, TX |
| N.A.B. Oil & Gas Holdings, Inc.<br>c/o LJM Corporation - Agent<br>3843 N. Braeswood Blvd., Ste. 200<br>Houston, TX 77025 | Tiger 2H Net RI% 0.015109<br>Owed for: 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production4/2015 - 6/2015 Tiger 2H production; value unknown | Houston County, TX |
| P.J. Moran Foundation<br>c/o Patrick J. Moran<br>2803 Sackett St.<br>Houston, TX 77098 | Tiger 2H Net RI% 0.018762<br>Owed for: 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production4/2015 - 6/2015 Tiger 2H production; value unknown | Houston County, TX |
| Patrick J. Moran<br>2803 Sackett St.<br>Houston, TX 77098 | Tiger 2H Net RI% 0.296250<br>Owed for: 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production4/2015 - 6/2015 Tiger 2H production; value unknown | Houston County, TX |
| Peggy Sue Tickner and Gary L. Tickner<br>1456 FM 3151<br>Lovelady, TX 75851 | Tiger 2H Net RI% 0.001732<br>Owed for: 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production4/2015 - 6/2015 Tiger 2H production; value unknown | Houston County, TX |
| PXP Producing Company LLC<br>Attn: Revenue Accounting<br>700 Milam St., Ste. 3100<br>Houston, TX 77002 | Tiger 1H Net RI% 1.864193<br>Owed for 9/2015 - 10/2015 Tiger 1H production; value unknown | Houston County, TX |
| PXP Producing Company LLC<br>Attn: Revenue Accounting<br>700 Milam St., Ste. 3100<br>Houston, TX 77002 | Tiger 1H Net RI% 1.323795<br>Owed for 9/2015 - 10/2015 Tiger 1H production; value unknown | Houston County, TX |
| PXP Producing Company LLC<br>Attn: Revenue Accounting<br>700 Milam St., Ste. 3100<br>Houston, TX 77002 | Tiger 2H Net RI% 0.766016<br>Owed for: 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production4/2015 - 6/2015 Tiger 2H production; value unknown | Houston County, TX |
| Randall T. Stevenson<br>3607 River Oaks Ct.<br>Tyler, TX 75707 | Tiger 1H Net RI% 0.426333<br>Owed for 9/2015 - 10/2015 Tiger 1H production; value unknown | Houston County, TX |
| Rave Energy Inc.<br>P.O. Box 3087<br>Houston, TX 77253 | Tiger 1H Net RI% 0.000323<br>Owed for 9/2015 - 10/2015 Tiger 1H production; value unknown | Houston County, TX |
| Rave Energy Inc.<br>P.O. Box 3087<br>Houston, TX 77253 | Tiger 2H Net RI% 0.000117<br>Owed for: 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production4/2015 - 6/2015 Tiger 2H production; value unknown | Houston County, TX |
| Robro Royalty Partners Ltd.<br>P.O. Box 671009<br>Dallas, TX 75367-1099 | Tiger 1H Net RI% 0.000547<br>Owed for 9/2015 - 10/2015 Tiger 1H production; value unknown | Houston County, TX |

B7 (Official Form 7) (04/13)

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Robro Royalty Partners Ltd.<br>P.O. Box 671009<br>Dallas, TX 75367-1099 | Tiger 2H Net RI% 0.000072<br>Owed for: 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production4/2015 - 6/2015 Tiger 2H production; value unknown | Houston County, TX |
| Rock Porosity LLC<br>1000 ballpark Way, Ste. 216<br>Arlington, TX 76011 | Tiger 1H Net RI% 0.013032<br>Owed for 9/2015 - 10/2015 Tiger 1H production; value unknown | Houston County, TX |
| Rock Porosity LLC<br>1000 ballpark Way, Ste. 216<br>Arlington, TX 76011 | Tiger 2H Net RI% 0.002590<br>Owed for: 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production4/2015 - 6/2015 Tiger 2H production; value unknown | Houston County, TX |
| Rock Reserves Ltd.<br>1000 Ballpark Way, Ste. 216<br>Arlington, TX 76011 | Tiger 1H Net RI% 0.013032<br>Owed for 9/2015 - 10/2015 Tiger 1H production; value unknown | Houston County, TX |
| Rock Reserves Ltd.<br>1000 Ballpark Way, Ste. 216<br>Arlington, TX 76011 | Tiger 2H Net RI% 0.002590<br>Owed for: 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production4/2015 - 6/2015 Tiger 2H production; value unknown | Houston County, TX |
| Ronan Halliday Moran<br>2005 Schooner Rd.<br>Stafford, VA 22554 | Tiger 2H Net RI% 0.006254<br>Owed for: 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production4/2015 - 6/2015 Tiger 2H production; value unknown | Houston County, TX |
| Sandra Harrelson Brown<br>10607 Kirkglen<br>Houston, TX 77089 | Tiger 1H Net RI% 1.778424<br>Owed for 9/2015 - 10/2015 Tiger 1H production; value unknown | Houston County, TX |
| Sandra Harrelson Brown<br>10607 Kirkglen<br>Houston, TX 77089 | Tiger 2H Net RI% 0.163417<br>Owed for: 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production4/2015 - 6/2015 Tiger 2H production; value unknown | Houston County, TX |
| Seafund Holding LP<br>9780 Walnut St., Ste. 170<br>Dallas, TX 75243 | Tiger 1H & Tiger 2H WI<br>Owed for: 9/2015 - 10/2015 Tiger 1H production; unknown value and 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production4/2015 - 6/2015 Tiger 2H production; value unknown | Houston County, TX |
| Seidler Oil & Gas LP<br>7140 East FM 917<br>Alvarado, TX 76009 | Tiger 1H and 2H WI & ORRI<br>Owed for: 9/2015 - 10/2015 Tiger 1H production; unknown value and 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production4/2015 - 6/2015 Tiger 2H production; value unknown | Houston County, TX |
| Shine, LLC<br>c/o Paul C. Franke, Manager<br>50 Anemone Dr.<br>Boulder, CO 80302 | Tiger 2H Net RI% 0.071100<br>Owed for: 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production4/2015 - 6/2015 Tiger 2H production; value unknown | Houston County, TX |
| Shriner's Hospital for Children<br>2900 Rocky Point Dr.<br>Tampa, FL 33607 | Tiger 2H Net RI% 0.038513<br>Owed for: 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production4/2015 - 6/2015 Tiger 2H production; value unknown | Houston County, TX |

B7 (Official Form 7) (04/13)

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| St. Thomas High School Foundation<br>4500 Memorial Dr.<br>Houston, TX 77077 | Tiger 2H Net RI% 0.038513<br>Owed for: 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production4/2015 - 6/2015 Tiger 2H production; value unknown | Houston County, TX |
| Steve A. Marks<br>8330 Willowplace Dr. South #1111<br>Houston, TX 77070 | Tiger 2H Net RI% 0.334312<br>Owed for: 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production4/2015 - 6/2015 Tiger 2H production; value unknown | Houston County, TX |
| Sunstone Venutres LLC<br>9167 Bay Point Dr.<br>Orlando, FL 32819 | Tiger 1H Net RI% 0.050360<br>Owed for 9/2015 - 10/2015 Tiger 1H production; value unknown | Houston County, TX |
| T. A. Harrelson<br>P.O. Box 35<br>Lovelady, TX 75851 | Tiger 1H Net RI% 3.956302<br>Owed for 9/2015 - 10/2015 Tiger 1H production; value unknown | Houston County, TX |
| T. A. Harrelson<br>P.O. Box 35<br>Lovelady, TX 75851 | Tiger 2H Net RI% 0.245125<br>Owed for: 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production4/2015 - 6/2015 Tiger 2H production; value unknown | Houston County, TX |
| Tauras Royalty Company<br>P.O. Box 1477<br>Little Elm, TX 75068 | Tiger 1H Net RI% 0.000166<br>Owed for 9/2015 - 10/2015 Tiger 1H production; value unknown | Houston County, TX |
| Tauras Royalty Company<br>P.O. Box 1477<br>Little Elm, TX 75068 | Tiger 2H Net RI% 0.000022<br>Owed for: 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production4/2015 - 6/2015 Tiger 2H production; value unknown | Houston County, TX |
| Teresa Stevenson Lantgen<br>10788 Texas Gas Rd.<br>Aurora, IN 47001 | Tiger 1H Net RI% 0.426333<br>Owed for 9/2015 - 10/2015 Tiger 1H production; value unknown | Houston County, TX |
| Terry N. Harrelson Trustee<br>The Eric Neal Harrelson Trust<br>102 Trailwood Dr.<br>Huntsville, TX 77340 | Tiger 1H Net RI% 1.125484<br>Owed for 9/2015 - 10/2015 Tiger 1H production; value unknown | Houston County, TX |
| Terry N. Harrelson, Trustee<br>The Alicia Maria Harrelson Trust<br>102 Trailwood Dr.<br>Huntsville, TX 77340 | Tiger 1H Net RI% 1.125484<br>Owed for 9/2015 - 10/2015 Tiger 1H production; value unknown | Houston County, TX |
| Terry N. Harrelson Trustee<br>The Eric Neal Harrelson Trust<br>102 Trailwood Dr.<br>Huntsville, TX 77340 | Tiger 2H Net RI% 0.122563<br>Owed for: 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production4/2015 - 6/2015 Tiger 2H production; value unknown | Houston County, TX |
| Terry N. Harrelson, Trustee<br>The Alicia Maria Harrelson Trust<br>102 Trailwood Dr.<br>Huntsville, TX 77340 | Tiger 2H Net RI% 0.122563<br>Owed for: 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production4/2015 - 6/2015 Tiger 2H production; value unknown | Houston County, TX |
| The Thomas Allen Nelson and Judith Clark<br>Thomas Allen Nelson Trustee<br>7690 Torrem St.<br>La Mesa, CA 91942 | Tiger 1H Net RI% 0.167777<br>Owed for 9/2015 - 10/2015 Tiger 1H production; value unknown | Houston County, TX |

B7 (Official Form 7) (04/13)

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| The Thomas Allen Nelson and Judith Clark<br>Thomas Allen Nelson Trustee<br>7690 Torrem St.<br>La Mesa, CA 91942 | Tiger 2H Net RI% 0.076602<br>Owed for: 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production4/2015 - 6/2015 Tiger 2H production; value unknown | Houston County, TX |
| The W.T. and Louise J. Moran Foundation<br>3843 N. Braeswood Blvd., Ste. 200<br>Houston, TX 77025 | Tiger 2H Net RI% 0.231075<br>Owed for: 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production4/2015 - 6/2015 Tiger 2H production; value unknown | Houston County, TX |
| Troy Diskell, Independent Executor of the Estate of Doris Marks H. Driskell<br>P.O. Box 345<br>Lovelady, TX 75851 | Tiger 2H Net RI% 0.334312<br>Owed for: 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production4/2015 - 6/2015 Tiger 2H production; value unknown | Houston County, TX |
| Union FCB Texas Ltd.<br>113 S.W. 8th Ave.<br>Amarillo, TX 79101 | Tiger 1H Net RI% 0.101615<br>Owed for 9/2015 - 10/2015 Tiger 1H production; value unknown | Houston County, TX |
| Union FCB Texas Ltd.<br>113 S.W. 8th Ave.<br>Amarillo, TX 79101 | Tiger 2H Net RI% 0.020193<br>Owed for: 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production4/2015 - 6/2015 Tiger 2H production; value unknown | Houston County, TX |
| Univ of Texas System Board of Regents<br>F/B/O M. D. Anderson Cancer Center (Louise Moran Fund)<br>P.O. Box 551<br>Midland, TX 79702 | Tiger 2H Net RI% 0.038513<br>Owed for: 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production4/2015 - 6/2015 Tiger 2H production; value unknown | Houston County, TX |
| Vicory Ann Herman<br>4803 Apple Valley Ct.<br>College Station, TX 77845 | Tiger 1H Net RI% 0.025180<br>Owed for 9/2015 - 10/2015 Tiger 1H production; value unknown | Houston County, TX |
| Weather II Properties LLC<br>T. Wells Aitken Managing Partner<br>2 Black Horse Terr.<br>Winchester, MA 01890 | Tiger 1H Net RI% 0.503332<br>Owed for 9/2015 - 10/2015 Tiger 1H production; value unknown | Houston County, TX |
| Weather II Properties LLC<br>T. Wells Aitken Managing Partner<br>2 Black Horse Terr.<br>Winchester, MA 01890 | Tiger 2H Net RI% 0.206824<br>Owed for: 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production4/2015 - 6/2015 Tiger 2H production; value unknown | Houston County, TX |
| Wesley A. Marks<br>12927 Pinewoods<br>Tomball, TX 77375 | Tiger 2H Net RI% 0.334312<br>Owed for: 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production4/2015 - 6/2015 Tiger 2H production; value unknown | Houston County, TX |
| White Oak Energy Royalty Partners LP<br>12941 North Freeway, Ste. 550<br>Houston, TX 77060 | Tiger 1H Net RI% 0.000169<br>Owed for 9/2015 - 10/2015 Tiger 1H production; value unknown | Houston County, TX |
| White Oak Energy Royalty Partners LP<br>12941 North Freeway, Ste. 550<br>Houston, TX 77060 | Tiger 2H Net RI% 0.000067<br>Owed for: 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production4/2015 - 6/2015 Tiger 2H production; value unknown | Houston County, TX |

B7 (Official Form 7) (04/13)

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| William S. Poinsett<br>c/o LJM Corporation - Agent<br>3843 N. Braeswood Blvd., Ste. 200<br>Houston, TX 77025 | Tiger 2H Net RI% 0.010023<br>Owed for: 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production 4/2015 - 6/2015 Tiger 2H production; value unknown | Houston County, TX |
| WS Dean Minerals, LP<br>P.O. Box 1089<br>Crockett, TX 75835 | Tiger 2H Net RI% 0.281500<br>Owed for: 9/2014 - 10/2014 Tiger 2H production; 12/2014 - 2/2015 Tiger 2H production 4/2015 - 6/2015 Tiger 2H production; value unknown | Houston County, TX |

**15. Prior address of debtor**

None ■  If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ■  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

B7 (Official Form 7) (04/13)

**18. Nature, location and name of business**

None ■ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS
**Mary Dvorak**
**7140 East FM 917**
**Alvarado, TX 76009**

DATES SERVICES RENDERED
**7/2012 - Present**

None ☐ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Mary Dvorak** | **7140 East FM 917**<br>**Alvarado, TX 76009** | **7/2012 - Present** |

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Mary Dvorak**<br>**7/2012 - Present** | **7140 East FM 917**<br>**Alvarado, TX 76009** |

B7 (Official Form 7) (04/13)

None     d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.
☐

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Key Energy Services**<br>**Attn: Credit Dept.**<br>**1301 McKinney St., Ste. 1800**<br>**Houston, TX 77010** | **1/8/2014 by email** |
| **Expro Americas LLC**<br>**Attn: Credit Dept.**<br>**738 Hwy. 6 South, Ste. 500**<br>**Houston, TX 77079** | **1/10/2014 by email** |
| **Shannon Gracey Ratliff & Miller, LLP**<br>**420 Commerce St., Ste. 500**<br>**Fort Worth, TX 76102** | **8/26/15 by email** |
| **Richard A. Rintala, CPA**<br>**3501 Wildwood Circle**<br>**Plano, TX 75074** | **9/10/2015** |

---

**20. Inventories**

None ■     a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■     b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

**21. Current Partners, Officers, Directors and Shareholders**

None ■     a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐     b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Frank Seidler**<br>**7140 East FM 917**<br>**Alvarado, TX 76009** | **Sole Manager** | **100%** |

---

**22. Former partners, officers, directors and shareholders**

None ■     a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■     b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

B7 (Official Form 7) (04/13)

**23. Withdrawals from a partnership or distributions by a corporation**

None ■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None ■ If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date **November 13, 2015**    Signature  /s/ Frank K. Seidler
    **Frank W. Seidler**
    **Sole Manager**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*